1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7
                IN THE UNITED STATES DISTRICT COURT
8
                   EASTERN DISTRICT OF CALIFORNIA
9

10

11 | UNITED STATES OF AMERICA,            CASE NO. 1:07-MJ-0182

12 |                Plaintiff,             GOVERNMENT MOTION TO DISMISS AND
                                           ORDER
13 |      v.

14 | FAUSTINO IBARRA-VASQUEZ,

15 |                Defendant.

16

17        At the request of the Stanislaus County District Attorney's Office and after conferring with the

18 Office of International Affairs of the U.S. Department of Justice, the United States of America, by and

19 through its undersigned counsel, hereby moves for dismissal without prejudice of the above-captioned

20 matter for the following reasons.

21        According to the Office of International Affairs, extradition of the above-named defendant from

22 Mexico, where it is believed this defendant who is charged with unlawful flight to avoid apprehension

23 (UFAP) currently resides, is not an option.  The UFAP charge is not an extraditable offense.  Moreover,

24 the homicide predicate offense which gave rise to the UFAP charge is no longer extradtable.  Pursuant

25 to Article 7 of the 1978 U.S.-Mexico Extradition Treaty, extradition "shall not be granted when the

26 prosecution or the enforcement of the penalty for the offense [the prison sentence] for which extradition

27 has been sought has become barred by lapse of time according to the laws of the requesting [in this case

28 the U.S. (on behalf of the state of California) or requested [Mexico] Party."  Under Mexican law, the

general statute of limitations for homicide is 18 years.  As the homicide occurred in 1995, the Mexican statute of limitations lapsed in 2013.  Mexican law does not toll the statute of limitations when charges are filed.  Instead, the Mexican statute of limitations runs from the date of the commission of the crime through the date of conviction

Dated:  September 18, 2015

BENJAMIN B. WAGNER
United States Attorney

By:  */s/ KAREN A. ESCOBAR*
KAREN A. ESCOBAR
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated:   **September 18, 2015**             **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE